UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IVETTE MORALES,

                   Plaintiff,

            -against-

C R BARD INCORPORATED AND BARD
PERIPHERAL VASCULAR INCORPORATED,

                 Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2020

19-cv-9873 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED THAT the parties must file a joint report, no later than **July 31, 2020**, updating the Court on the status of the case and the parties' anticipated next steps, including whether any further discovery needs to be conducted.

**SO ORDERED.**

Date: **July 20, 2020**
       **New York, New York**

_____
**VALERIE CAPRONI
United States District Judge**